

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MATTHEW BOWERS | * | Case No. 18-18277-DER |
| | * | |
| NICOLE BOWERS | * | (Chapter 13) |
| | * | |
| Debtors | * | |
| | * | |

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtors filed August 8, 2018 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtors until the Debtors are granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtors are directed to pay to the Trustee the sum of $550.00 on or before the 18th day of each month for a period of 60 months.

\*      \*      \*      \*

TRUSTEE RECOMMENDATION:
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/   *Robert S. Thomas, II*
Robert S. Thomas, II, Chapter 13 Trustee

cc:   All Creditors, Debtors, Counsel to Debtors, Trustee

**END OF ORDER**